✏AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| MARTY JAMES ABRAHAM ) | Case No:  4:96cr00266-01 JMM |
| ) | USM No:  20992-009 |
| Date of Previous Judgment:  March 10, 1998 ) | Omar F. Greene, II |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.     X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of    135 months on Count1    months **is reduced to**   **120 months on Coun**t 1   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
**The previous sentence imposed of a consecutive sixty (60) months on Court 2, remains unaffected.**

Except as provided above, all provisions of the judgment dated   3/10/1998   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   May 30, 2008                                                       /s/ James M. Moody
                                                                                           Judge's signature

Effective Date:                                                      James M. Moody, United States District Judge
         (if different from order date)                                  Printed name and title